# CASE ANNOUNCEMENTS

*July 22, 2014*

[Cite as *07/22/2014 Case Announcements*, 2014-Ohio-3194.]

## MOTION AND PROCEDURAL RULINGS

**2009-0866.   State ex rel. Kobly v. Youngstown City Council.**
In Mandamus. Upon consideration of relators' motion to enlarge time to submit their brief and proposed findings of fact and conclusions of law, it is ordered that the time for filing the brief and proposed findings of fact and conclusions of law is hereby extended to August 18, 2014. All other deadlines are adjusted in accordance with the timeframes set out by the April 9, 2014 scheduling order.

/s/ ANDREW J. CAMPBELL
Special Master